UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMIE MOORE,<br><br>          Plaintiff,<br><br>     -v-<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | Civil Action No. 10-0509<br>(GLS/ATB)<br><br>**FINAL JUDGMENT** |

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this __8th__ day of __Feb.__, 2011,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

*[signature]*
Hon. Andrew T. Baxter
U.S. Magistrate Judge